# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CRIMINAL DOCKET FOR CASE #: <u>1:26−mj−00063−HKS</u>−1

| | |
|---|---|
| Case title: USA v. Lawrence | Date Filed: 02/27/2026 |
| Other court case number: 26−MJ−150 Southern District of Ohio | |

Assigned to: Hon. H. Kenneth Schroeder Jr.

### Defendant (1)

| | | |
|---|---|---|
| **Kyle D. Lawrence** | represented by | **James E.B. Bobseine**<br>Office of the Federal Public Defender<br>Western Disrict of New York<br>Olympic Towers<br>300 Pearl Street, Suite 200<br>Buffalo, NY 14202<br>716−551−3341<br>Email: james_bobseine@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2423.F − TRANSPORTATION OF MINORS | |

### Plaintiff

**USA** represented by **Douglas A. Penrose**
U.S. Attorney's Office − Buf
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
716−843−5868
Fax: 716−551−3052
Email: douglas.penrose@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: government attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2026 | | Arrest (Rule 5) of Kyle D. Lawrence (LMG) (Entered: 02/27/2026) |
| 02/27/2026 | 1 | Rule 5(c)(3) Documents Received as to Kyle D. Lawrence (LMG) (Entered: 02/27/2026) |
| 02/27/2026 | | Minute Entry for proceedings held before Hon. Michael J. Roemer: Initial Appearance in Rule 5(c)(3) Proceedings as to Kyle D. Lawrence held on 2/27/2026.<br><br>AUSA Douglas Penrose advised defendant of the charges set forth in the Criminal Complaint issued in the Southern District of Ohio and set forth the maximum penalties for those charges. Defendant acknowledged that he has received and reviewed the Criminal Complaint and Arrest Warrant.<br><br>Defendant requested assigned counsel and handed up Financial Affidavit. Defendant sworn and found eligible. AFPD James E.B. Bobseine assigned.<br><br>Defendant waived identity hearing, preliminary hearing and detention hearing but reserved his right to request such hearings when he appears in the Southern District of Ohio. Government not agreeable to a Rule 20 transfer. Defendant remanded to the custody of the U.S. Marshals Service for transport to the Southern District of Ohio.<br><br>Appearances: AUSA Douglas Penrose for the government; AFPD James E.B. Bobseine with defendant; USPO Brian Mamizuka. (Court Reporter FTR Gold)(LMG) (Entered: 02/27/2026) |
| 02/27/2026 | 2 | CJA 23 Financial Affidavit by Kyle D. Lawrence. (LMG) (Entered: 02/27/2026) |
| 02/27/2026 | 3 | WAIVER of Rule 5(c)(3) Hearing by Kyle D. Lawrence (LMG) (Entered: 02/27/2026) |
| 02/27/2026 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Kyle D. Lawrence. Defendant committed to Southern District of Ohio. Signed by Hon. Michael J. Roemer on 2/27/2026.(LMG) (Entered: 02/27/2026) |

Case 1:26-mj-00063-HKS Doc #: 8 Filed: 02/27/26 Page: 3 of 15
Case 1:26-mj-00063-HKS Document 5 Filed 02/27/26 Page 3 of 15

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Kyle D. Lawrence<br><br>Defendant(s) | Case No. 1:26-mj-150 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **1/18/2026 through 2/1/2026** in the county of **Hamilton** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Transportation with Intent to Engage in Criminal Sexual Activity |
| 18 U.S.C. § 2423(b) | Travel with Intent to Engage in Illicit Sexual Conduct |
| 18 U.S.C. § 2252A(a)(1) & (b)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Brand Capps, SA FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/26/2026

_____
Karen L. Litkovitz
United States Magistrate Judge

City and state: Cincinnati, Ohio

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

## AFFIDAVIT

I, Brandon Capps, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March of 2020. Prior to my employment at the FBI, I was employed for three years as a Certified Public Accountant for Plante Moran, PLLC. I am currently assigned to violent crime squad at the FBI Cincinnati Field Office. While employed by the FBI, I have investigated federal criminal violations related to violent crimes against children and the sexual exploitation of children, among others. I have gained experience through training at the FBI to include interviewing techniques, arrest procedures, search and seizure, and investigative techniques. Additionally, I have experience utilizing confidential informants, toll records, GPS information, digital and social media search warrants, bank records, and other analytical procedures in furtherance of federal investigations. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 8 U.S.C. § 2423(a) – Transportation with Intent to Engage in Criminal Sexual Activity; 18 U.S.C. § 2423(b) - Travel with Intent to Engage in Illicit

Sexual Conduct; and 18 U.S.C. § 2252A(a)(1) – Transportation of Child Pornography, the "subject offenses", have been committed by **KYLE D. LAWRENCE** (herein "**Lawrence**"), a 43 year old male. I make this affidavit is support a criminal complaint for those charges.

## PROBABLE CAUSE

4. On February 16, 2026, Colerain Township Police Department (OH)("CTPD") responded to the listed address for a missing juvenile report. CTPD made contact with ▇▇▇, who reported that ▇▇▇ Minor Victim, hereby "Minor Victim") has been missing since February 13, 2026 at approximately 4:00PM ET when Minor Victim asked if she could spend the night at a friend's house. Of note, the family lives at ▇▇▇ located in Colerain Township, Ohio. The parents agreed to the sleepover and Minor Victim never returned home. Attempts to call her went straight to voicemail. The reporting CTPD officer reviewed video surveillance from the vicinity of Minor Victim's home and observed Minor Victim leave the ▇▇▇ around 4:00 pm. Police were able to observe Minor Victim's movements in vicinity of her home and noted her clothing, including that she was carrying a black backpack and a white grocery bag.

5. On February 24, 2026, ▇▇▇ told CTPD that Minor Victim ▇▇▇ The ▇▇▇ stated that on or around January 31, 2026, Minor Victim met a person online that she called "Dad Bod" and spent the night with this person. Further statements made by ▇▇▇ indicated Minor Victim was communicating with an unknown adult male, believed to be approximately 40 years old. ▇▇▇ described the unknown man as having blue eyes and a "dad bod". The ▇▇▇ stated that Minor Victim was in contact with the man for about a month before her disappearance and had previously met him in person at a hotel approximately



2

one week before she went missing. The ▮▮▮ said Minor Victim stayed with the man for a weekend returned to their home happy, telling her sister that the man bought Minor Victim vapes. The ▮▮▮ told law enforcement she thought Minor Victim was with the man now.

6. Law enforcement's continued review of ▮▮▮▮▮▮ surveillance cameras on January 31, 2026, located Minor Victim entering a black Jeep Grand Cherokee bearing New York license plate MAC 9193 at about 5:04 pm. License plate readers detected the same vehicle arriving at Tru by Hilton, 11155 Dowlin Drive, Cincinnati, Ohio 45241 at approximately 5:50 pm. Tru by Hilton's cameras observed a white male and Minor Victim enter their hotel together. Law enforcement obtained a receipt for the room as part of their investigation and learned it was rented by **KYLE LAWRENCE,** at address 129 Reo Avenue, Lower, Cheektowaga, New York 14211, who used telephone number (607) ▮▮▮▮. Pursuant to their investigation, Enterprise Car Rental was contacted and stated the Jeep Grand Cherokee was rented by **KYLE LAWRENCE,** at address 129 Reo Avenue, Lower, Cheektowaga, New York 14211, who used telephone number (607) ▮▮▮▮. The date for this rental was January 29, 2026, from New York and returned to New York on February 7, 2026.

7. In May 2024, **LAWRENCE** was the subject of a report to the FBI. The incident stated that **LAWRENCE** was confronted by a citizen vigilante group while in Canada. The group confronted **LAWRENCE** for traveling to Canada to have sexual contact with a purported 15-year-old girl. The group later posted their confrontation with **LAWRENCE** online. In June 2024, pursuant to the report, a Buffalo Field Office Special Agent attempted to interview **LAWRENCE** at his residence. **LAWRENCE** was not present and later contacted the Agent and advised he would not speak to the FBI without an attorney. In July 2024, the same Agent attempted to contact **LAWRENCE** again, who never returned calls.

3

8. Pursuant to this investigation, the FBI located two National Center for Missing and Exploited Children (NCMEC) Cyber Tipline ("Cyber Tip") reports: 169840971 (dated 08/07/2023) and 215299451 (dated 07/03/2025). The first Cyber Tip, 169840971 stated that in August 2023, a concerned citizen contacted NCMEC and reported that Snapchat user "Kyell227" was participating in child exploitation activity. Specifically, the report stated "SC: Kyell227 (claimed to have girls do sexual things for him)". On February 25, 2026, pursuant to this investigation, NCMEC provided this Cyber Tip which showed "Kyell227" used IP address 207.66.76.74 from an identified location given in latitude and longitude. The report stated that the latitude and longitude were accurate to 9 meters; when the location was plotted, it was over 129 Reo Avenue, Lower, Buffalo, New York 14211.

9. The second Cyber Tip, report number 215299451, was dated 07/03/2025. The report was authored after Dropbox located possible ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ screen name "Kyle Lawrence", email address klawrence6@liberty.edu, and IP address 207.66.76.74 uploaded three files of apparent child pornography to Dropbox. FBI Buffalo conducted a review of **LAWRENCE**'s LinkedIn page and noted the page lists Liberty University under his education section. Dropbox personnel viewed these files before submitting them to NCMEC. After reviewing the Cyber Tip, FBI Buffalo contacted New York State Police (NYSP) Senior Investigator Eric Daigler who advised the NYSP had these three files of apparent child pornography in their holdings. He offered to bring the files to the FBI's Buffalo Field Office for review.

10. On February 25, 2026, FBI Buffalo reviewed the three files obtained from Senior Investigator Daigler and developed the chart below based on the review. FBI Buffalo agents reviewed file IMG_20250703_084221_626.jpg and notated that it depicted apparent child pornography. Per

4

FBI Buffalo's review of the file, FBI Buffalo advised the same image is of a girl that resembles Minor Victim.

| File Name | Date | Description |
|---|---|---|
| VID_20250423_094751_043.mp4 | 04/23/2025 (based on file title) | A video file, 37 seconds in duration, that depicts a close view of self-penetration of the anus/rectum using a hairbrush. Since the video does not show the individual's face/body, it is difficult to assert an age |
| IMG_20250703_084256_081.jpg | 07/03/2025 (based on the file name) | A close-up image of an anus and vagina. Since the image does not show the individual's face/body, it is difficult to assert an age |
| IMG_20250703_084221_626.jpg | 07/03/2025 (based on the file name) | An image of a mid-pubescent girl, approximately 15 years old, ███████. The picture was produced ███████. |

11. The New York State Department of Motor Vehicles (NYS DMV) lists **LAWRENCE** as the resident at 129 Reo Avenue, Lower, Buffalo, New York 14211. An attempt to locate WiFi accounts in vicinity of the target residence did not yield any open WiFi networks, meaning everything detected was password protected. On February 25, 2026, FBI Task Force Officer Brian Bloom drove to 129 Reo Avenue, Lower, Buffalo, New York 14211 where he observed a black Toyota Prius bearing New York State license plate KJR 5194 parked inside the garage with the door open. A query of NYS DMV displayed that the vehicle is registered to **LAWRENCE** at 129 Reo Avenue, Lower, Buffalo, New York 14211.

12. On February 26, 2026, FBI Buffalo executed a federal search warrant at **LAWRENCE**'s residence located at 129 Reo Avenue, Lower, Buffalo, New York 14211. As a result of the search warrant, FBI Buffalo seized several electronic devices to include: a cell phone and a laptop. FBI Buffalo interviewed **LAWRENCE** who was present during the execution of the

5

federal residential warrant. **LAWRENCE** advised that he possessed child sexual abuse material on the cell phone and laptop. Additionally, **LAWRENCE** advised that he traveled on two different occasions, approximately January 19, 2026, and January 31, 2026 respectively to Cincinnati, OH from New York to pick up Minor Victim at/near her residence and take her to a hotel ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ On the January 19, 2026 trip, **LAWRENCE** advised he picked up Minor Victim and traveled to the Days Inn near the Cincinnati International Airport (CVG) located in Northern Kentucky. On the January 31, 2026 trip, **LAWRENCE** advised he picked up the Minor Victim and traveled to a Hilton Hotel in greater Cincinnati Ohio area. **LAWRENCE** advised that he communicated with Minor Victim via Snapchat application on his cell phone and would use location services on the application to locate her when he picked her up.

## CONCLUSION

13. I submit that this affidavit supports probable cause for the charges in the criminal complaint.

Respectfully submitted,

*Brandon Capps*
Brandon Capps - Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
via FaceTime on February 26 , 2026

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge

6

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:26-mj-150 |
| Plaintiff, | JUDGE LITKOVITZ |
| v. | |
| KYLE LAWRENCE, | **MOTION AND ORDER TO UNSEAL COMPLAINT WITH REDACTIONS** |
| Defendant. | |

The United States Attorney respectfully requests that the Complaint, Affidavit, Arrest Warrant, and all related documents filed be unsealed with appropriate redactions to protect the privacy of the Minor Victim. Pursuant to the Child Victim and Witnesses Rights Act, "[a]ll papers to be filed in court that disclose the name or any other information concerning a child shall be filed under seal without the necessity of obtaining a court order." 18 U.S.C. § 3509(d)(2). The Act directs the filing party to submit "the complete paper to be kept under seal; and the paper with the portion of it that disclose the name of or other information concerning a child redacted, to be placed in the public record." 18 U.S.C. §§ 3509(d)(2)(A) & (B).

Accordingly, the United States Attorney submits this motion to unseal the matter and the attached redacted copy of the criminal complaint affidavit for the public record which redacts information concerning the minor victim.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

*s/Kyle J. Healey*
KYLE J. HEALEY
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-2047

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Arrest Warrant, and all related documents filed be unsealed and the redacted copy of the complaint be placed on the public record.

2/27/2026
DATE

*Karen L. Litkovitz*
HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.
Kyle D. Lawrence

Case No. 1:26-mj-150

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kyle D. Lawrence,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2423(a) – Transportation with Intent to Engage in Criminal Sexual Activity
18 U.S.C. § 2423(b) - Travel with Intent to Engage in Illicit Sexual Conduct
18 U.S.C. § 2252A(a)(1) - Transportation of Child Pornography

Date: 02/26/2026

Karen L. Litkovitz
United States Magistrate Judge

City and state: Cincinnati, Ohio

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

```
MIME-Version:1.0
From:webmaster@nywd.uscourts.gov
To:Courtmail@nywd.uscourts.gov
Bcc:
--Case Participants: James E.B. Bobseine (donna_daly@fd.org, james_bobseine@fd.org),
Douglas A. Penrose (caseview.ecf@usdoj.gov, diane.carlsen@usdoj.gov,
douglas.penrose@usdoj.gov, jennifer.terry@usdoj.gov), Hon. H. Kenneth Schroeder Jr.
(dawn_rogers@nywd.uscourts.gov, hks_cmecf@nywd.uscourts.gov,
kenneth_schroeder@nywd.uscourts.gov, llane_guidotti@nywd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6223140@nywd.uscourts.gov
Subject:Activity in Case 1:26-mj-00063-HKS USA v. Lawrence Financial Affidavit - CJA23
Content-Type: text/html
```

# U.S. DISTRICT COURT

## U.S. District Court, Western District of New York

### Notice of Electronic Filing

The following transaction was entered on 2/27/2026 at 1:06 PM EST and filed on 2/27/2026

| | |
|---|---|
| **Case Name:** | USA v. Lawrence |
| **Case Number:** | 1:26−mj−00063−HKS |
| **Filer:** | Dft No. 1 − Kyle D. Lawrence |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**CJA 23 Financial Affidavit by Kyle D. Lawrence. (LMG)**

**1:26−mj−00063−HKS−1 Notice has been electronically mailed to:**

James E.B. Bobseine     james_bobseine@fd.org, donna_daly@fd.org

Douglas A. Penrose     douglas.penrose@usdoj.gov, caseview.ecf@usdoj.gov, diane.carlsen@usdoj.gov, jennifer.terry@usdoj.gov

**1:26−mj−00063−HKS−1 Notice has been delivered by other means to:**

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 26-MJ-63 |
| KYLE D. LAWRENCE, | ) | |
| | ) | Charging District's Case No. 26-MJ-150 |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __Southern District of Ohio__

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 02/27/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

James E.B. Bobseine
*Printed name of defendant's attorney*

14

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| KYLE D. LAWRENCE, | ) | Case No. 26-MJ-63 |
| | ) | |
| | ) | Charging District's |
| Defendant | ) | Case No. 26-MJ-150 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ____Southern____ District of ____Ohio____,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 02/27/2026

*Judge's signature*

Michael J. Roemer, United States Magistrate Judge
*Printed name and title*